In the Matter of the Claim of JEAN KORCHINSKI, Respondent, v. S. S. S. BAR & GRILL, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.